Alfred Clayton, Jr.
ABA No.: 9111079
Clayton & Diemer, LLC
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
Email: Al.Clayton@cdlaw.pro

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA PUBLIC ENTITY INSURANCE,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA and KRIS ANN CAPPELUTTI<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:19-cv-_____<br>)<br>) |

## **COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES**

Plaintiff Alaska Public Entity Insurance ("APEI"), by and through its lawyers, Clayton & Diemer, LLC, for its complaint against Defendants, alleges as follows:

### I. PARTIES

1. APEI is a nonprofit corporation incorporated in the State of Alaska, is authorized to conduct business in the State of Alaska and is qualified in all respects to bring this action.

2. National Union Fire Insurance Company of Pittsburgh PA ("National Union") is a Pennsylvania corporation authorized to conduct business in Alaska.

CLAYTON &
DIEMER, LLC

500 L STREET
SUITE 200
ANCHORAGE, AK
99501
T 907.276.2999
F 907.276.2956

Case 3:19-cv-00271-JWS   Document 1   Filed 10/10/19   Page 1 of 8

3. At all relevant times, Kris Ann Cappelluti was a citizen of the State of New York, an employee of National Union and a claim adjuster with the responsibility to promptly and properly investigate, evaluate, adjust and resolve claims asserted against individuals and entities insured by National Union.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), as the action is between citizens of different states, and the amount in controversy exceeds $75,000.00.

5. Venue is proper in the District of Alaska pursuant to 28 U.S.C. § 1391(a)(2), as a substantial portion of the events and omissions giving rise to the claim occurred in Alaska.

## III. GENERAL ALLEGATIONS

6. The City and Borough of Sitka ("Sitka") obtained certain primary liability insurance coverage from National Union. A copy of the National Union insurance policy is attached and incorporated as Exhibit 1.

7. Sitka obtained certain liability insurance from APEI. A copy of the APEI insurance policy is attached and incorporated as Exhibit 2.

8. Landslides occurred in and around Sitka on August 18, 2015.

9. As a result of the landslides, certain liability claims were asserted against Sitka, including claims asserted by Mike and Sheryl Southwick and claims asserted in the following lawsuits (which were consolidated, and are referred to collectively as "Landslide Lawsuits"):

   a. *Diaz v. Sound Development, LLC, et al.*, Case No. 1SI-16-00143 CI

   b. *Friske v. Sound Development, LLC, et al.*, Case No. 1SI-16-00144 CI

CLAYTON &
DIEMER, LLC

500 L STREET
SUITE 200
ANCHORAGE, AK
99501
T 907.276.2999
F 907.276.2956

COMPLAINT FOR DECLARATORY JUDGMENT
AND DAMAGES
Page 2 of 8

*APEI v. Nat'l Union Fire Ins. Co.*
3:19-cv-_____

Case 3:19-cv-00271-JWS   Document 1   Filed 10/10/19   Page 2 of 8

c. *McGraw v. Sound Development, LLC, et al.*, Case No. 1SI-15-00269 CI.

## IV. ALLEGATIONS AGAINST NATIONAL UNION

10. APEI incorporates by reference the allegations contained in paragraphs 1 through 9, above.

11. Sitka was afforded primary liability insurance coverage for the Landslide Lawsuits under the National Union policy.

12. Sitka provided proper and timely notice to National Union of the Landslide Lawsuits, including transmittal of the complaint and related pleadings and communications.

13. National Union denied the existence of any insurance coverage under its policy, including denial of any duty to defend Sitka as to the Landslide Lawsuits.

14. National Union's denial of coverage and denial of the duty to defend Sitka in the Landslide Lawsuits was wrongful and without valid basis under the terms of the policy and under applicable Alaska law and was a breach of contract and a breach of National Union's duty of good faith and fair dealing.

15. Sitka provided timely notice to National Union of a mediation to occur October 10-11, 2017, in Anchorage, Alaska, which presented National Union with an opportunity to settle and resolve the Landslide Lawsuits against Sitka, thereby protecting Sitka from personal liability exposure concerning the Landslide Lawsuits.

16. National Union declined and failed to participate in the scheduled mediation or in any other effort to attempt to settle and resolve the Landslide Lawsuits against Sitka, or to protect Sitka from personal liability.

CLAYTON &
DIEMER, LLC

500 L STREET
SUITE 200
ANCHORAGE, AK
99501
T 907.276.2999
F 907.276.2956

COMPLAINT FOR DECLARATORY JUDGMENT
AND DAMAGES
Page 3 of 8

*APEI v. Nat'l Union Fire Ins. Co.*
3:19-cv-_____

Case 3:19-cv-00271-JWS   Document 1   Filed 10/10/19   Page 3 of 8

17. National Union's declination and failure to participate in mediation or settlement was wrongful and without valid basis under the terms of the policy and under applicable Alaska law and was a further breach of contract and a breach of National Union's duty of good faith and fair dealing.

18. Following the October 10-11, 2017 mediation, Sitka made further requests that National Union provide a defense and indemnity for the Landslide Lawsuits and the claims of the Southwicks.

19. National Union declined and failed to participate in the subsequent efforts to attempt to settle and resolve the Landslide Lawsuits against Sitka, or to protect Sitka from personal liability.

20. National Union's continued declination and failure to participate in the subsequent efforts at settlement was wrongful and without valid basis under the terms of the policy and under applicable Alaska law and was a further breach of contract and a breach of National Union's duty of good faith and fair dealing.

21. APEI defended Sitka from the Landslide Lawsuits under a reservation of rights and paid in excess of $1,000,000.00 in attorney's fees and costs as a result of that defense, the exact amount to be proven at trial.

22. APEI paid in excess of $2,400,000.00 to claimants in order to settle the claims asserted against Sitka, including the claims asserted by the Southwicks and the claims asserted in the Landslide Lawsuits, the exact amount to be proven at trial.

23. APEI is equitably subrogated to the rights of Sitka under the National Union policy.

CLAYTON &
DIEMER, LLC

500 L STREET
SUITE 200
ANCHORAGE, AK
99501
T 907.276.2999
F 907.276.2956

COMPLAINT FOR DECLARATORY JUDGMENT
AND DAMAGES
Page 4 of 8

*APEI v. Nat'l Union Fire Ins. Co.*
3:19-cv-_____

Case 3:19-cv-00271-JWS   Document 1   Filed 10/10/19   Page 4 of 8

24. APEI is lawfully entitled to assert against National Union a claim for all of the damages caused as a result of the breach of the duties National Union owed Sitka, including the breach of the duty of good faith and fair dealing.

## V. COUNT 1 DECLARATORY RELIEF

25. APEI incorporates by reference the allegations contained in paragraphs 1 through 24, above.

26. An actual controversy exists regarding the obligations owed to Sitka by National Union under the terms of the National Union policy (Ex. 1), and under applicable Alaska law.

27. APEI is entitled to an adjudication and declaration that, by its wrongful conduct, National Union breached material duties under the National Union policy, and under applicable Alaska law, including breach of the duty to defend and the duty to settle.

28. APEI is entitled to an adjudication and declaration as to the existence, description and scope of its remedies against National Union resulting from its breach of material duties under the National Union policy, and under applicable law, including the breach of the duty to defend and breach of the duty to settle.

## VI. COUNT 2 BREACH OF CONTRACT

29. APEI incorporates by reference the allegations contained in paragraphs 1 through 28, above.

30. National Union breached material terms of its insurance contract with Sitka.

31. As a result of these breaches of contract by National Union, Sitka and APEI suffered damages in an amount to be determined by the jury at trial.

CLAYTON &
DIEMER, LLC

500 L. STREET
SUITE 200
ANCHORAGE, AK
99501
T 907.276.2999
F 907.276.2956

COMPLAINT FOR DECLARATORY JUDGMENT
AND DAMAGES
Page 5 of 8

*APEI v. Nat'l Union Fire Ins. Co.*
3:19-cv-_____

Case 3:19-cv-00271-JWS   Document 1   Filed 10/10/19   Page 5 of 8

32. National Union is liable to Sitka and APEI for the amount of damages determined by the jury at trial.

## VII. COUNT 3 BREACH OF DUTY OF GOOD FAITH

33. APEI incorporates by reference the allegations contained in paragraphs 1 through 32, above.

34. By virtue of its insurance contract and under applicable Alaska law, National Union was subject to an implied duty of good faith and fair dealing owed to Sitka.

35. National Union breached the implied duty of good faith and fair dealing owed to Sitka.

36. As a result of the breaches of the implied duty of good faith and fair dealing, Sitka and APEI suffered damages in an amount to be determined by the jury at trial.

37. National Union is liable to Sitka and APEI for the amount of damages determined by the jury at trial.

## VIII. COUNT 4 NEGLIGENT CLAIM HANDLING

38. APEI incorporates by reference the allegations contained in paragraphs 1 through 37, above.

39. National Union and its Adjuster Kris Ann Cappelluti owed Sitka an obligation to exercise reasonable care in claims handling, including investigating, evaluating and determining the rights and obligations of the parties under the subject insurance policies as to the Southwick claims and the Landslide Lawsuits..

40. National Union and its Adjuster Kris Ann Cappelluti breached their obligation to exercise reasonable care as to such claims handling.

CLAYTON &
DIEMER, LLC

500 L STREET
SUITE 200
ANCHORAGE, AK
99501
T 907.276.2999
F 907.276.2956

COMPLAINT FOR DECLARATORY JUDGMENT
AND DAMAGES
Page 6 of 8

*APEI v. Nat'l Union Fire Ins. Co.*
3:19-cv-_____

Case 3:19-cv-00271-JWS   Document 1   Filed 10/10/19   Page 6 of 8

41. As a direct and proximate result of the negligent claim handling, Sitka and APEI has suffered damages in an amount to be determined by the jury at trial.

42. National Union and its Adjuster Kris Ann Cappelluti are individually, and jointly and severally, liable to Sitka for the damages caused by this negligence in an amount to be determined by the jury at trial.

## PRAYER FOR RELIEF

WHEREFORE, APEI prays for relief as follows:

1. That the Court adjudicate and declare (a) that Sitka was entitled to insurance coverage under the National Union policy for the Southwick claims and the Landslide Lawsuits; (b) that National Union breached duties owed to Sitka under the insurance policies and under applicable Alaska law, including breach of the duty to defend and breach of the duty to settle the Southwick claims and the Landslide Lawsuits; and (c) the rights and remedies now available to Sitka and APEI as a result of the breaches of legal duties owed by National Union to Sitka concerning the Southwick claims and the Landslide Lawsuits.

2. That APEI be awarded judgment against National Union and Adjuster Kris Ann Cappelluti, individually, and jointly and severally, in the amount determined by the jury at trial, for the amount of compensatory damages caused as a result of the breach of contract, breach of implied duty of good faith, and negligent claims handling, and for punitive damages.

3. That APEI be awarded equitable subrogation or equitable contribution for amounts APEI incurred for defense and in settlement of the Southwick claims and the Landslide Lawsuits.

CLAYTON &
DIEMER, LLC

500 L STREET
SUITE 200
ANCHORAGE, AK
99501
T 907.276.2999
F 907.276.2956

COMPLAINT FOR DECLARATORY JUDGMENT
AND DAMAGES
Page 7 of 8

*APEI v. Nat'l Union Fire Ins. Co.*
3:19-cv-_____

Case 3:19-cv-00271-JWS   Document 1   Filed 10/10/19   Page 7 of 8

4. That APEI be awarded its attorney's fees and costs in the full amount allowed by law.

5. For such other and further relief as the Court deems just and equitable.

Dated at Anchorage, Alaska, this 10th day of October, 2019.

> CLAYTON & DIEMER, LLC
> Attorneys for Plaintiff
>
> By: /s/ *Alfred Clayton, Jr.*
> Alfred Clayton, Jr.
> ABA No. 9111079

CLAYTON &
DIEMER, LLC

500 L STREET
SUITE 200
ANCHORAGE, AK
99501
T 907.276.2999
F 907.276.2956

COMPLAINT FOR DECLARATORY JUDGMENT
AND DAMAGES
Page 8 of 8

*APEI v. Nat'l Union Fire Ins. Co.*
3:19-cv-_____

Case 3:19-cv-00271-JWS   Document 1   Filed 10/10/19   Page 8 of 8